**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **BARRETT GREEN** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil No. **PJM 13-1961** |
| | * | |
| **PRO-FOOTBALL, INC., et al.** | * | |
| | * | |
| Defendants | * | |
| | * | |

**ORDER**

Upon consideration of Defendant Pro-Football, Inc.'s Motion to Dismiss or, in the Alternative, Motion for Summary Judgment (Paper No. 11), and Defendant Robert Royal's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment (Paper No. 16), it is, for the reasons stated on the record, this 25th day of November, 2013,

    **ORDERED**

1. Pro-Football, Inc.'s Motion to Dismiss or, in the Alternative, Motion for Summary Judgment (Paper No. 11), and Royal's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment (Paper No. 16) are **DEFERRED** for supplemental briefing;

2. Green is **DIRECTED** to file his Supplemental Brief by December 31, 2013;

3. Defendants may file a Response within **30 days** following receipt of the Green's Supplemental Brief;

4. Green may file his Reply within **15 days** following receipt of Defendants' Response.

                                                                                           /s/
                                        **PETER J. MESSITTE
                         UNITED STATES DISTRICT JUDGE**