**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **BARRETT GREEN** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil No.: **PJM 13-1961** |
| | * | |
| **PRO FOOTBALL, INC. d/b/a** | * | |
| **THE WASHINGTON REDSKINS, et al.** | * | |
| | * | |
| Defendants | * | |

## <u>ORDER</u>

Upon consideration of Defendant Pro-Football, Inc.'s Motion to Dismiss or, in the Alternative, Motion for Summary Judgment (Paper No. 11), and Defendant Robert Royal's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment (Paper No. 16), it is, for the reasons stated in the accompanying Opinion, this 7th day of July,  2014,

**ORDERED**

1. Pro-Football, Inc.'s Motion to Dismiss or, in the Alternative, Motion for Summary Judgment (Paper No. 11), and Royal's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment (Paper No. 16) are **GRANTED-IN-PART** and **DENIED-IN-PART**:

    a. The Motions are **GRANTED** insofar as the Counts related to Negligence and Gross Negligence (Counts III, IV, and VI) are **DISMISSED**;

    b. The Motions are **DENIED** insofar as the Counts related to Battery (Counts I and II), particularly as they related to a bounty program pursuant to which players were rewarded for deliberately causing injuries to opposing team

players,  and any count related to civil conspiracy in that regard that may

hereafter be filed, survive.

2.   Green's request to amend his Complaint, consistent with the Memorandum Opinion,

is **GRANTED**;

3.   Green shall file such Amended Complaint within **30 days** of this Order.


        **_/s/_**

**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**