# FERGUSON, SCHETELICH & BALLEW, P.A.
ATTORNEYS AT LAW

1401 BANK OF AMERICA CENTER ♦ 100 SOUTH CHARLES STREET ♦ BALTIMORE, MARYLAND 21201-2725

Fax: (410) 837-1188 ♦ **(410) 837-2200** ♦ www.fsb-law.com

ROBERT L. FERGUSON, JR.
ADMITTED MARYLAND AND D.C.
(410) 223-4082

E-MAIL
rferguson@fsb-law.com

May 12, 2015

The Honorable Peter J. Messitte
Senior United States District Judge
United States District Court for the District of Maryland
Greenbelt Division
6500 Cherrywood Lane
Greenbelt, MD 20770

Re:  *Barrett Green v. Pro-Football, Inc.*
     Case No.: 8:13-cv-01961-PJM

Dear Judge. Messitte:

I am writing on behalf of Plaintiff's counsel and myself to jointly request a status conference in this matter. We are available for a telephone conference as follows: May 12th at 4 p.m.; May 14th at 9 a.m.; May 18th at 4 p.m.; May 20th at 9 a.m. or 4 p.m.; and May 22nd at 9 a.m. or 4 p.m. We look forward to hearing from you.

Respectfully submitted,

Very truly yours,

FERGUSON, SCHETELICH & BALLEW, P.A.

By:    Robert L. Ferguson, Jr.
/gh

cc: All Counsel (via ECF)